# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENONAH K. PARKER,<br><br>         Plaintiff,<br><br>         v.<br><br>PATTON STATE HOSPITAL, et al.,<br><br>         Defendants. | NO. ED CV 10-0375 FMO<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **dismissed with prejudice**.

Dated this 30th day of January, 2013.

/s/<br>
Fernando M. Olguin<br>
United States District Judge