# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENONAH K. PARKER, | ) NO. ED CV 10-0375 FMO |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| PATTON STATE HOSPITAL, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED that the above-captioned action is **dismissed with prejudice**.

Dated this 30th day of January, 2013.

/s/
Fernando M. Olguin
United States District Judge